

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:19-CR- **095** |
| | ) | |
| v. | ) | 18 U.S.C. § 2252A(a)(2) |
| | ) | Receipt of Child Pornography |
| JAAN MOSBY, | ) | (Count One) |
| | ) | |
| *Defendant.* | ) | 18 U.S.C. § 2253 |
| | ) | (Forfeiture Notice) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Receipt of Child Pornography)

On or about June 14, 2018, in the Eastern District of Virginia, the defendant, JAAN MOSBY, knowingly received child pornography as defined by 18 U.S.C. § 2256, to wit: one zip file entitled "wert.zip," containing 70 individual image files, each of which depicting an actual child engaged in sexually explicit conduct, specifically prepubescent female children engaged in genital-genital sexual intercourse, masturbation, and the lascivious exhibition of the genitals; that had been mailed, and, using any means or facility of interstate or foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A))

### FORFEITURE NOTICE

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant is hereby notified that, if convicted of Count One, the defendant shall forfeit to the United States

1

his interest in any visual depiction produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 *et seq.*, and any property, real or personal, constituting or traceable to gross profits or other proceeds or used or intended to be used to commit or promote the commission of such offense(s), including, but not limited to the following:

- HP laptop, serial number 5CD802100X;
- RCA tablet, serial number GSFD1Z1589D4;
- Verizon tablet, serial number HFSQMV7B;
- Samsung mobile phone, serial number A3LSMJ320VPP;
- SanDisk 32 GB memory card with adapter;
- Seagate external hard drive, serial number NA8A0SXK; and
- Toshiba laptop, serial number 6D208316Q.

(In accordance with Title 18, United States Code, Section 2253)

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Brian R. Hood
Assistant United States Attorney